**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANGEL RUIZ RIVERA,<br>INSTITUTO DE EDUCACION UNIVERSAL,<br>**Plaintiffs**<br><br>v.<br><br><br>U. S. DEPARTMENT OF EDUCATION, et.al.,<br>**Defendants.** | CIVIL NO.  3:21-cv-01152-WGY |

## NOTICE OF DEFECTIVE FILING
(Notificación de Radicación Defectuosa)

The Clerk of Court has received your pleadings entitled COMPLAINT, received April 6, 2021.   However, the deficiencies listed below have been noted for the record. Failure to correct the noted deficiencies **within twenty one (21) days from the date of this Notice,** may entail that your pleading will not be filed or that it will be dismissed as the case may be.

(La Secretaría del Tribunal ha recibido su escrito titulado COMPLAINT, el cual fue recibido el 6 de abril del 2021.   No obstante, las deficiencias que abajo se señalan han sido anotadas en el récord del tribunal.   Debe usted corregir las deficiencias abajo indicadas **dentro del término de veinte y uno (21) días a partir de la fecha de esta notificación.**   De lo contrario, la falta de cumplimiento podría conllevar que no se radique su escrito o que se desestime el presente recurso, según sea el caso.)

| 1 | | Pleading or document is not in the English language and plaintiff has not moved for permission to file pleading in the Spanish language.   L.Civ.R. 5.<br>(La petición o el documento no está en el idioma inglés y el/la demandante no ha solicitado permiso para radicar la petición en el idioma español. R.L.Civ. 5.) |
|---|---|---|
| 2 | | *Pro se* pleading is not in the form prescribed by U.S. District Court for such action, or in a format substantially conforming thereto.   L.Civ.R. 3(c).<br>(La petición *Pro se* no se presentó en el formulario prescrito por el Tribunal Federal para tal caso, o en un formato que se asemeje sustancialmente a dicho formulario. R.L.Civ. 3(c) |
| 3 | | Plaintiff did not pay the corresponding filing fee which is $40.00 for Civil Rights Complaints under 42 U.S.C. § 1983, nor filed a Motion to Proceed in Forma Pauperis. |
| 4 | | Plaintiff's request to proceed without prepayment of fees does not comply with the requirements of 28 U.S.C. § 1915 and   L.Civ. Rs. 3.1 (a), (b)(2) and (c)(4).<br>(La solicitud del demandante para proceder en forma de pobre no cumple con los requisitos |
| | a. | Plaintiff did not submit Motion to Proceed in Forma Pauperis.   (El/la demandante no ha sometido una Moción Solicitando Proceder en Forma Pauperis. |

| | | |
|---|---|---|
| | | **b.** Plaintiff did not submit an Affidavit in Support of Motion to Proceed in Forma Pauperis.<br>(El/la demandante no ha sometido una Declaración en Apoyo de la Moción para Proceder en Forma de Pobre). |
| | | **c.** The Prisoner did not attach a statement certified by the appropriate institutional |
| 5 | X | Other: Plaintiff did not submit the required Civil Category Sheet and the required Category Sheet. |

Dated: ___Monday, April 19th, 2021___

MARIA ANTONGIORGI, ESQ.
CLERK OF COURT


_____
Deputy Clerk                                                                                      **(rev. 03/2015)**